UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 6: 04-31-DCR |
| | ) | Civil Action No. 6: 08-7010-DCR |
| V. | ) | |
| | ) | |
| TIFFANY ARNOLD, | ) | **AMENDED ORDER** |
| | ) | |
| Defendant/Petitioner. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Earlier on this date, the Court entered a Memorandum Opinion and Order denying the Petitioner's motion for relief under 28 U.S.C. § 2255. [Record No. 246] Following entry of this opinion and order, the Clerk of the Court filed the Petitioner's objections to the Magistrate Judge's Recommended Disposition. [Record No. 247] The Certificate of Service indicates that the pleading was placed in the Bureau of Prison's mail system on November 4, 2008. Further, the post mark on the accompanying envelope indicates a date of November 5, 2008. As a result, the Court will reconsider its earlier ruling in light of the Petitioner's objections.

The objections raised by the Petitioner do not alter the result previously reached on the merits of Arnold's claim. However, the Court has determined that it will issue a certificate of appealability as to one issue as recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED** as follows:

1. The Memorandum Opinion and Order previously entered this date shall be **AMENDED** to reflect that the Recommended Disposition of the United States Magistrate Judge [Record No. 242] is **ADOPTED** and **INCORPORATED** herein by reference.

2. The Petitioner' objections to the Magistrate Judge's Recommended Disposition are **OVERRULED**.

3. Arnold's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 [Record No. 225] is **DENIED**, with prejudice.

4. Arnold's motion for discovery, request for an evidentiary hearing, and motion for appointment of counsel are **DENIED** for the reasons outlined in the Magistrate Judge's Recommended Disposition;

5. This habeas proceeding shall be **DISMISSED** and **STRICKEN** from the docket.

6. The Court shall issue a Certificate of Appealability on the following issue: whether the Court may in this habeas proceeding and in light of the prior ruling by the United States Court of Appeals for the Sixth Circuit consider whether a constructive amendment of the indictment occurred which would require reversal of the Petitioner's conviction.

This 14th day of November, 2008.



Signed By:
*Danny C. Reeves* DCR
United States District Judge